UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HORACIO PEÑA and DAVID GENIS-
SANCHEZ,
             Plaintiffs,

v.

MELANNE, INC. d/b/a GEORDANE'S
NEIGHBORHOOD MARKET and DANIELLE
DIAZ,
             Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7102 (VB)

The Court has been advised that the parties have reached a settlement in principle in this FLSA case. (Doc. #31).

By April 10, 2020, counsel shall submit a settlement agreement, and a joint statement explaining the basis for the agreement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: March 11, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1