# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                      March 12, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The settlement conference scheduled for Friday, March 13, 2020, at 2:15 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Pena, et al. v. Melanne, Inc., et al.</u>, 19-cv-7102 (VB) (LMS), has been *cancelled*.

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.